IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOREN M. BEY, | ) |
|     Plaintiff, | ) |
| vs. | )   No. 3:15-CV-1406-M |
| | ) |
| GREYHOUND LINES, INC., et al., | ) |
|     Defendants. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the case will be dismissed without prejudice for failure to prosecute or follow court orders.

**SO ORDERED** this 9th day of March, 2016.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**